1  David Sheuerman, SB#78132
2  Monique Shamun-Khasho, SB#78132
   SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
3  1033 Willow Street
   San Jose, California 95125
4  (408) 288-9700 Telephone
   (408) 295-9900 Facsimile

5  Attorneys for Defendant
   LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD
6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 | CHRISTINE DEETHS, an individual,         | Case No: 1:12-cv-02096-LJO-JLT
11 |                        Plaintiff(s),     |
12 |        v.                                | **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 | LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California corporation; JOHN STIRLING, Jr., individually; | (Doc. 13)
14 | CEDARS-SINAI MEDICAL CENTER, a California non-profit corporation; CHRISTOPHER
15 | HARRIS, individually; BAKERSFIELD MEMORIAL HOSPITAL, a California corporation;
16 | ANTHONY THOMAS, individually; LEGACY BEHAVIORAL SERVICES, INC., a California
17 | corporation; TARA CRUZ, an individual; EDDIE CRUZ, an individual; and DOES 1 through 50,
18 | inclusive,
19 |                        Defendants.
20

21 The parties to this action, through their undersigned counsel, stipulate as follows:

22      Pursuant to Federal Rule of Civil Procedure 6(b), the time for defendant LUCILE

23 PACKARD CHILDREN'S HOSPITAL AT STANFORD to respond to plaintiff Christine Deeths'

24 Complaint for Damages is hereby extended by 28 days.  The new deadline to file a response to the

25 complaint is now April 16, 2013.

26

27 / / /

28 / / /

Page 1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS SO STIPULATED.

Dated: March 13, 2013        SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN

By: _____/s/_____
DAVID SHEUERMAN
MONIQUE SHAMUN-KHASHO
Attorneys for Defendant
LUCILE PACKARD CHILDREN'S HOSPITAL AT STANFORD

Dated: March 13, 2013        THE LAW OFFICES OF SHAWN A. McMILLAN, APC

By: _____/s/_____
SHAWN A. McMILLAN
Attorneys for Plaintiff
CHRISTINE DEETHS

**ORDER**

Before the Court is the third stipulation of the parties to allow Defendants additional time to file their responsive pleading. (Doc. 13) There was no explanation provided in the first or second stipulation why these extensions were needed and none is provided here.  Therefore, the Court **ORDERS**:

1. Defendants SHALL file their responsive pleading no later than April 16, 2013. **<u>No further extensions will be authorized;</u>**

2. The mandatory scheduling conference is **CONTINUED** to June 10, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **March 19, 2013**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE