Shawn A. McMillan, Esq. (State Bar No. 208529)
attyshawn@netscape.net
Stephen D. Daner, Esq. (State Bar No. 259689)
steve.mcmillanlaw@gmail.com
Samuel H. Park, Esq. (State Bar No. 261136)
sampark.mcmillanlaw@gmail.com
THE LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
Phone: (858) 646-0069
Fax: (206) 600-4582

Attorneys for Plaintiff, CHRISTINE DEETHS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DEETHS, an individual, | Case No: 1:12-CV-02096-LJO-JLT |
| Plaintiff(s), | **ORDER GRANTING IN PART STIPULATION TO FILE AMENDED COMPLAINT** |
| v. | |
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California corporation; JOHN STIRLING, Jr., individually; CEDARS-SINAI MEDICAL CENTER, a California non-profit corporation; CHRISTOPHER HARRIS, individually; BAKERSFIELD MEMORIAL HOSPITAL, a California corporation; ANTHONY THOMAS, individually; LEGACY BEHAVIORAL SERVICES, INC., a California corporation; TARA CRUZ, an individual; EDDIE CRUZ, an individual; and DOES 1 through 50, inclusive, | (Doc. 19) |

## ORDER

Having read and considered the Stipulation to Permit Amendment of Plaintiff's Complaint Pursuant to Fed R. Civ. P. 15(a)(2) ("Stipulation") made and entered into by Plaintiff, CHRISTINE DEETHS ("Plaintiff" or "Deeths"), on the one hand, and Defendants, CEDARS-SINAI MEDICAL CENTER and CHRISTOPHER HARRIS, M.D., on the other, through their respective attorneys, and good cause supporting,

**IT IS ORDERED THAT:**

1. Plaintiff shall be permitted to amend her complaint to name the County of Santa Clara and to add a claim related to municipal liability;

2. Plaintiff shall file her amended complaint **no later than April 23. 2013**.

IT IS SO ORDERED.

Dated:   **April 19, 2013**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE