UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DEETHS,<br><br>          Plaintiff,<br><br>     vs.<br><br>LUCILE SALTER PACKARD, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 12-2096 LJO JLT<br><br>**ORDER TO DISMISS CERTAIN DEFENDANTS**<br><br>(Docs. 76, 78, 79, 81.) |

Based on the February 4, 2014 stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice all claims against defendants Anthony Thomas, M.D., Cedars-Sinai Medical Center, Christopher Harris, and Lucile Salter Packard Children's Hospital at Stanford (collectively "dismissed defendants") only;

    2.    VACATES the February 6, 10 and 18, 2014 motion to dismiss hearings set by the dismissed defendants in that their stipulated dismissal render the motions to dismiss moot; and

    3.    DIRECTS the clerk to term docs. 76, 78 and 79 and not to close this action in that this action remains pending against other defendants.

IT IS SO ORDERED.

    Dated:   **February 5, 2014**          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28