UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DEETHS, | CASE NO. CV F 12-2096 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANT** (Doc. 83.) |
| vs. | |
| LUCILE SALTER PACKARD HOSPITAL AT STANFORD, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action and all claims against defendant Bakersfield Memorial Hospital only. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **February 18, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1