1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7
8

CHRISTINE DEETHS,                           CASE NO. CV F 12-2096 LJO JLT

9

            Plaintiff,                      **ORDER TO DISMISS DEFENDANT
                                            LEGACY BEHAVIORAL SERVICES, INC.**

10

       vs.

11                                          (Doc. 85)

EDDIE CRUZ, et al.,

12
13

                Defendants.

_____/

14

        Based on the March 14, 2014 stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii),

15

this Court DISMISSES with prejudice defendant Legacy Behavioral Services, Inc. and

16

DIRECTS the clerk not to close this action.

17
18

IT IS SO ORDERED.

19
20

    Dated:   **March 17, 2014**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28