Jeremy D. Swanson, Esq.  SBN 220644
Seth N. O'Dell, Esq. SBN 220424
SWANSON O'DELL
330 H Street, Suite 2
Bakersfield, CA 93304

(661) 326-1611   fax (661) 326-1910

Attorney for Defendants,
Tara Cruz and Eduardo Cruz

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DEETHS, an individual, | Case No. 1:12-CV-02096-LJO-JLT |
| Plaintiff(s), | STIPULATION AND ORDER CONTINUING THE MARCH 24, 2014 CASE MANAGEMENT CONFERENCE |
| vs. | |
| LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD, a California corporation; JOHN STIRLING, Jr., individually; COUNTY OF SANTA CLARA, a public entity; CEDARS-SINAI MEDICAL CENTER, a California non-profit corporation; CHRISTOPHER HARRIS, individually; BAKERSFIELD MEMORIAL HOSPITAL, a California corporation; ANTHONY THOMAS, individually; LEGACY BEHAVIORAL SERVICES, INC., a California corporation; TARA CRUZ, an individual; EDDIE CRUZ, an individual; and DOES 1 through 50, inclusive, | (Doc. 87) |
| Defendants. | |

The parties jointly submit this Stipulation and [Proposed] Order Continuing the March 24, 2014 Case Management Conference in light of the following facts:

1. All Defendants have been dismissed out of the case with the exception of TARA CRUZ and EDDIE CRUZ, both individuals.

2. The parties have engaged in settlement negotiations that are anticipated to bring resolution

to this case. There is currently an offer under consideration, and both counsel anticipate that the case will progress to settlement in the next ten (10) days.

3. In light of the anticipated settlement, it would serve the purposes of judicial economy to continue the case management conference to a new date to allow the parties to continue negotiations and resolve this final portion of the case.

4. Accordingly, the parties stipulate to continue to the case management conference to April 15, 2014, or any other date convenient to the court.

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: March 20, 2012                LAW OFFICES OF SWANSON O'DELL

                                     By: _____
                                         Jeremy D. Swanson, Esq.
                                         Attorney for Defendants,
                                         Tara Cruz and Eduardo Cruz

Dated: March 20, 2012

                                     By: _____
                                         Shawn McMillan
                                         Attorney for Plaintiff

### ORDER

The stipulation to continue the scheduling conference is **GRANTED**. The March 24, 2014 Case Management Conference is continued to April 15, 2014 at 9:00 a.m. **No further requests to continue the scheduling conference will be entertained.**

IT IS SO ORDERED.

   Dated:   **March 24, 2014**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE