# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE DEETHS,** | 1:12-CV-02096-LJO-JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION (Doc. 89)** |
| v. | |
| **LUCILE SLATER PACKARD CHILDREN'S HOSPITAL AT STANFORD, et al,** | |
| Defendants. | |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:  **April 15, 2014**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE